No. 10-7325. **Steven Louis Hirata, Petitioner v. Gail Lewis, Warden.**

562 U.S. 1151, 131 S. Ct. 935, 178 L. Ed. 2d 777, 2011 U.S. LEXIS 312.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 370 Fed. Appx. 833.

No. 10-7327. **Ted A. McCracken, Petitioner v. Ford Motor Company, et al.**

562 U.S. 1151, 131 S. Ct. 935, 178 L. Ed. 2d 777, 2011 U.S. LEXIS 228.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 392 Fed. Appx. 1.

No. 10-7328. **John W. Mann, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1151, 131 S. Ct. 936, 178 L. Ed. 2d 777, 2011 U.S. LEXIS 437, 

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-7329. **Tony Protopappas, Petitioner v. Mike Knowles, Warden, et al.**

562 U.S. 1151, 131 S. Ct. 936, 178 L. Ed. 2d 777, 2011 U.S. LEXIS 594.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7334. **Bernard A. White, Petitioner v. Derral G. Adams, Warden, et al.**

562 U.S. 1151, 131 S. Ct. 936, 178 L. Ed. 2d 777, 2011 U.S. LEXIS 283.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7336. **Johnny Choinski, Petitioner v. James A. Yates, Warden, et al.**

562 U.S. 1151, 131 S. Ct. 979, 178 L. Ed. 2d 777, 2011 U.S. LEXIS 472.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7338. **Patrick Carson, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1151, 131 S. Ct. 937, 178 L. Ed. 2d 777, 2011 U.S. LEXIS 310.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-7340. **Sammie L. Booker-El, Petitioner v. Bill K. Wilson, Superintendent, Indiana State Prison.**

562 U.S. 1151, 131 S. Ct. 937, 178 L. Ed. 2d 777, 2011 U.S. LEXIS 468.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.